IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ING BANK N.V., § | |
| § | |
| **Plaintiff** § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 2:15-cv-117 |
| M/V MARIA CRISTINA RIZZO, IMO § | ADMIRALTY |
| No. 9448592, her engines, tackle, § | |
| equipment, furniture, appurtenances, § | |
| etc., *in rem* § | |
| § | |
| **Defendant** § | |

## MOTION TO RELEASE VESSEL FROM ARREST

NOW COMES, Plaintiff ING Bank N.V., through undersigned counsel, and in accordance with this Court's March 20, 2015 Order (Doc. 4) ordering the issuance of a Warrant of Arrest pursuant to Admiralty Rule C, files this motion for entry of an Order releasing the M/V MARIA CRISTINA RIZZO (IMO No. 9448592), and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter "RIZZO") from arrest and / or seizure on the following grounds:

1. The only party to this admiralty action at present is ING Bank N.V., who consents to the release of the RIZZO from arrest and / or seizure; and,

2. This Court has not entered any Order to the contrary preventing or otherwise restricting the foregoing release from arrest and / or seizure of the RIZZO.

WHEREFORE, ING Bank N.V. requests this Court enter an Order releasing the M/V MARIA CRISTINA RIZZO (IMO No. 9448592), and her engines, tackle, equipment, furniture, appurtenances, etc. from arrest and / or seizure.

Respectfully submitted:

/s/ John D. Padgett
**JOHN D. PADGETT (VSB # 23087)**
**McGuire Woods LLP**
101 W. Main Street, Suite 9000
Norfolk, VA 23510
Telephone: 757-640-3779
Facsimile: 757-640-3968
E-Mail: jpadgett@mcguirewoods.com

*and*

**JAMES D. BERCAW**
**LAURA E. AVERY**
**(Motions for admission *pro hac vice* to be filed)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
E-Mail: jbercaw@kingkrebs.com
lavery@kingkrebs.com

*Attorneys for ING Bank N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2015, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system.

<u>/s/ John D. Padgett</u>
**JOHN D. PADGETT (VSB # 23087)**
**McGuire Woods LLP**
101 W. Main Street, Suite 9000
Norfolk, VA 23510
Telephone: 757-640-3779
Facsimile: 757-640-3968
E-Mail: jpadgett@mcguirewoods.com

***Attorney for ING Bank N.V.***

65652775_1